Case 2:20-cr-00362-ODW Document 1 Filed 08/19/20 Page 1 of 6 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
08/19/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>STRACHANS SA IN LIQUIDATION,<br><br>　　　　Defendant. | No. CR 20- 2:20-cr-00362-ODW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy to Defraud the United States] |

The United States Attorney charges:

[18 U.S.C § 371]

A. <u>INDIVIDUALS AND ENTITIES</u>

At times relevant to this Information:

1. Defendant STRACHANS SA IN LIQUIDATION was a Jersey-based accounting and financial services company that assisted U.S. taxpayer-clients and others in evading taxes through the use of offshore trusts and entities and offshore bank accounts. Initially operating as a legitimate accounting firm, in approximately 1987 defendant STRACHANS began offering offshore structures and bank accounts and related financial services to its clients. At

approximately that same time, defendant STRACHANS employees began to travel to the United States for the purpose of marketing its services to U.S. taxpayers.

2. Defendant STRACHANS moved its operations to Geneva, Switzerland, in or about 1999 to take advantage of Swiss banking secrecy for itself and its clients. In 2009, defendant STRACHANS began doing business as Elston Management.

3. Co-Conspirator-1 was a citizen of the Bailiwick of Jersey, Channel Islands, and a principal of defendant STRACHANS.

4. Co-Conspirator-2 was the brother of Co-Conspirator-1 and also a citizen of the Bailiwick of Jersey and principal of defendant STRACHANS.

5. Co-Conspirator-3 was a citizen of the Bailiwick of Jersey, and first an employee and then a minority shareholder of defendant STRACHANS.

6. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States and collecting the taxes owed to the Treasury of the United States by its citizens.

7. United States citizens, resident aliens, and legal permanent residents had an obligation to report the following information to the IRS on Form 1040, Schedule B, Part III, Line 7a, by checking a "Yes" or "No" box: "At any time during [the calendar year], did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account?" If the answer to Line 7a was "Yes," then Line 7b required the taxpayer to enter the name of the foreign country in which the financial account

1 was located.

2     8.   United States citizens, resident aliens, and legal permanent residents had an obligation to report all income earned from foreign financial accounts on their tax returns and pay the taxes due on that income.

    9.   United States citizens, resident aliens, and legal permanent residents who had a financial interest in, or signature authority over, one or more financial accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular year were required to file with the Department of the Treasury a Report of Foreign Bank and Financial Accounts on Form TD F 90-22.1 ("FBAR"). Generally, the FBAR for the applicable year was due by June 30 of the following year.

    10.  An "undeclared account" was a bank or financial account maintained in a foreign country that was not reported to the United States government on a tax return or on an FBAR.

B.   <u>OBJECT OF THE CONSPIRACY</u>

    11.  From in or about 1987 until in or about November 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant STRACHANS knowingly and willfully conspired and agreed with various United States taxpayers, their representatives and others, both known and unknown to the United States Attorney, to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the United States Department of Treasury in the ascertainment, compilation, assessment, and collection of the revenue, that is, federal income taxes of the U.S. taxpayers, in violation of 18 U.S.C. § 371.

C.   MANNER AND MEANS OF THE CONSPIRACY

12. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a. traveling to the United States until 2007 for the purpose of marketing defendant STRACHANS's services to U.S. taxpayer-clients;

   b. opening and maintaining offshore bank accounts for the benefit of approximately 90 U.S. taxpayer clients, including accounts at banks in Jersey and at Cornèr Bank and UBS in Switzerland;

   c. assisting clients in establishing and using sham entities, including offshore shell companies, as nominee beneficial owners of the undeclared accounts;

   d. providing financial services to the clients through the use of various entities related to defendant STRACHANS, including Elston Management SA, Roker Trustees (Jersey) Ltd., Overseas Trading and Promotion Ltd., Ferndale Worldwide, Ltd., and Jilette Company Ltd.

   e. using STRACHANS-related entities as trustees on offshore trusts for U.S. taxpayer-clients and conduits for the repatriation of funds from undeclared accounts to the United States, in some instances utilizing a Monagasque citizen as a nominee trust settlor;

   f. facilitating withdrawals of funds from the undeclared accounts by either providing hand-delivered cash in the United States or using defendant STRACHANS' and related entities' bank accounts in Switzerland and elsewhere, and correspondent bank accounts in the United States;

   g. facilitating the repatriation of offshore funds for

4

U.S. taxpayer-clients through the use of bogus mortgage and false invoice and certificate of deposit schemes, sometimes utilizing a STRACHANS-related company called Ambassador Discount Company;

  h. facilitating the repatriation of offshore funds through the use of back-to-bank loans;

  i. structuring transfers of funds to evade currency transaction reporting requirements;

  j. submitting false Forms W8-Ben-E to offshore banks regarding their U.S. taxpayer-clients' bank accounts;

  k. using a London post office box and a London-based lawyer to provide mail delivery services;

  l. meeting with U.S. taxpayer-clients in offshore locales to give them an opportunity to review account statements; and

  m. providing offshore credit and debit cards in initially through a U.K. bank that were held by a STRACHANS nominee company called Jillette, and later through Cornèr Bank (Switzerland) to the U.S. taxpayer-clients to assist them in accessing their funds in the undeclared accounts without creating a paper trail in the United States.

D. <u>OVERT ACTS</u>

 13. On or about the following dates, in furtherance of the conspiracy and to accomplish its objects, defendant STRACHANS and other co-conspirators committed various overt acts within the Central District of California, including, but not limited to, the following:

 <u>Overt Act No. 1</u>: In or about May 2000, defendant STRACHANS formed separate offshore trusts for a U.S. taxpayer-client ("Client 1"), and his business partner, a U.K. taxpayer-client ("Client 2"). Defendant STRACHANS also formed a third offshore trust for their

5

1  Australian advisor.
2       Overt Act No. 2:  In or about October 2007, with the knowledge
3  and consent of the clients, defendant STRACHANS transferred the
4  balances in the offshore bank accounts for Clients 1 and 2 to an
5  account at UBS in Switzerland on which Co-Conspirator 1 was listed as
6  the beneficial owner, in order to assist in continuing to conceal
7  Clients 1 and 2's ownership of the offshore funds.
8       Overt Act No. 3:  On or about February 8, 2010, Co-Conspirator-1
9  received £5,916,000 into an account in a nominee name at UBS AG on
10 behalf of Clients 1 and 2.
11      Overt Act No. 4:  On or about April 11, 2013, Co-Conspirator 1
12 received 50,000 Swiss francs from a nominee account at UBS AG for
13 services rendered to undeclared U.S. taxpayer-clients.
14      Overt Act No. 5:  On or about June 5, 2014, Co-Conspirator 1
15 made several stock investments worth over $500,000 on behalf of
16 undeclared U.S. taxpayer-clients in a nominee account at UBS AG.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

NANETTE L. DAVIS
MARK F. DALY
Senior Litigation Counsel
U.S. Department of Justice