QUINN EMANUEL URQUHART & SULLIVAN, LLP

William A. Burck (*pro hac vice* granted)
williamburck@quinnemanuel.com
Michael E. Liftik (SBN 232430)
michaelliftik@quinnemanuel.com
1300 I St. NW, Suite 900
Washington, D.C., 20005
Tel.:  (202) 538-8000
Fax:  (202) 538-8100

R. Brian Timmons (SBN 155916)
briantimmons@quinnemanuel.com
865 S. Figueroa St. 10th Fl.
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant
STRACHANS SA IN LIQUIDATION

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>        vs.<br><br>STRACHANS SA IN LIQUIDATION<br><br>                Defendants. | CASE NO. 2:20-CR-00362-ODW<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT [FED. R. CR. P. 12.4(a)(1)]** |

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(1), the undersigned counsel for Defendant Strachans S.A. in Liquidation states the following:

1. Defendant has no parent corporation; and
2. No publicly-held corporation owns 10% or more of Defendant's stock.

DATED:  September 10, 2020		Respectfully submitted,

By  /s/*Michael E. Liftik*
QUINN EMANUEL URQUHART & SULLIVAN LLP

William A. Burck (*pro hac vice* granted)
williamburck@quinnemanuel.com
Michael E. Liftik (SBN 232430)
michaelliftik@quinnemanuel.com
1300 I St. NW, Suite 900
Washington, D.C., 20005
Tel.:  (202) 538-8000
Fax:  (202) 538-8100

R. Brian Timmons (SBN 155916)
briantimmons@quinnemanuel.com
865 S. Figueroa St. 10th Fl.
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Defendant
STRACHANS SA IN LIQUIDATION